IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Kittle-Brown, Alyce M | Case Number:  05 B 64078 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/7/08 | Filed:  12/20/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  September 18, 2008
Confirmed:  March 2, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 15,355.00 |  |
| Secured: |  | 3,880.85 |
| Unsecured: |  | 6,912.71 |
| Priority: |  | 1,068.80 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 812.01 |
| Other Funds: |  | 180.63 |
| Totals: | 15,355.00 | 15,355.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 2,500.00 | 2,500.00 |
| 2. | American General Finance | Secured | 3,880.85 | 3,880.85 |
| 3. | Internal Revenue Service | Priority | 1,068.80 | 1,068.80 |
| 4. | AmeriCash Loans, LLC | Unsecured | 1,331.55 | 1,331.55 |
| 5. | Capital One | Unsecured | 1,030.89 | 1,030.89 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 100.00 | 100.00 |
| 7. | First Express | Unsecured | 434.47 | 434.47 |
| 8. | B-Line LLC | Unsecured | 808.00 | 808.00 |
| 9. | Internal Revenue Service | Unsecured | 31.11 | 31.11 |
| 10. | AmeriCash Loans, LLC | Unsecured | 734.25 | 734.25 |
| 11. | RoundUp Funding LLC | Unsecured | 319.77 | 319.77 |
| 12. | Merrick Bank | Unsecured | 1,129.99 | 1,129.99 |
| 13. | Cutco Supply Co | Unsecured | 611.49 | 611.49 |
| 14. | ECast Settlement Corp | Unsecured | 381.19 | 381.19 |
| 15. | AT&T Wireless | Unsecured | | No Claim Filed |
| 16. | American General Finance | Unsecured | | No Claim Filed |
| 17. | Check Into Cash | Unsecured | | No Claim Filed |
| 18. | Chicago Imaging Ltd | Unsecured | | No Claim Filed |
| 19. | Oxford Management Services | Unsecured | | No Claim Filed |
| 20. | Literary Guild | Unsecured | | No Claim Filed |
| 21. | Ing Reliastar | Unsecured | | No Claim Filed |
| 22. | Saint Joseph Hospital | Unsecured | | No Claim Filed |
| 23. | Swiss Colony | Unsecured | | No Claim Filed |
| 24. | Comcast | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Kittle-Brown, Alyce M | Case Number: 05 B 64078 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 10/7/08 | Filed: 12/20/05 |

                                                _____      _____
                                                $ 14,362.36    $ 14,362.36

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 170.50 |
| 5% | 92.71 |
| 4.8% | 208.17 |
| 5.4% | 204.82 |
| 6.5% | 135.81 |
| | _____ |
| | $ 812.01 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

